# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv321

| | |
|---|---|
| DEBRA BEVERLY & ALTON BEVERLY, </br></br> Plaintiffs, </br></br> v. </br></br> SUGAR MOUNTAIN RESORT, INC. and SUGAR MOUNTAIN SKI RESORT LLC, </br></br> Defendants. | ORDER |

Pending before the Court is the Motion for Partial Summary Judgment [# 18]. In light of the pending Motion for Summary Judgment, the Court **CONTINUES** the trial in this case. After ruling on the Motion for Summary Judgment, the Court will enter an order setting a pretrial conference and a trial date.

Signed: October 30, 2015

Dennis L. Howell
United States Magistrate Judge