# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14cv321

| | |
|---|---|
| **DEBRA BEVERLY and ALTON BEVERLY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SUGAR MOUNTAIN SKI RESORT, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case is set for trial on September 6, 2016. The Court **DIRECTS** the parties to **APPEAR** for a pretrial conference in this case on August 10, 2016, at 9:30 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Any motions in limine shall be filed by August 3, 2016, and any responses are due August 8, 2016. Each side is limited to a total of twenty-five pages combined for <u>all</u> motions in limine and a total of twenty-five pages combined for any and all responses. Prior to filing motions in limine, the parties should meet and confer as to the necessity of any such motions and whether the opposing side intends to offer at trial the evidence that is the subject of the motion in limine.

Signed: July 25, 2016

Dennis L. Howell
United States Magistrate Judge

