# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:14cv321

| | |
|---|---|
| **DEBRA BEVERLY and ALTON BEVERLY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SUGAR MOUNTAIN SKI RESORT, LLC,** ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Consent Motion to Bifurcate [# 27]. In light of the fact that counsel for Plaintiffs has advised the Court that this case has settled, the Court **DENIES as moot** the Motion to Bifurcate [# 27].

Signed: August 24, 2016

Dennis L. Howell
United States Magistrate Judge